ROSE S. PAPKE, Respondent, v. WILLIAM E. PAPKE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the

Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

PREMIUM BOND CORPORATION, Respondent, v. THE CITY OF LONG BEACH and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.